James McCurdy, OSB No. 043564
jmccurdy@lindsayhart.com
James Molyneux-Elliot, OSB No. 205062
jmolyneux-elliot@lindsayhart.com
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
*Attorneys for Plaintiff-in-Limitation*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In the matter of the Complaint of<br><br>**WCP, Inc., dba Wilsonville Concrete Products as the owner of the Towing Vessel CINDY B, bearing Documentation Number 561814, and her engines, tackles, appurtenances, etc.**<br><br>In a cause for exoneration from or limitation of liability | **In Admiralty**<br><br>Case No.____________<br><br>**COMPLAINT IN ADMIRALTY FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY**<br><br>**[46 U.S.C. § 30501 *et seq*.; and Federal Rules of Civil Procedure Supplemental Rule F]** |

WCP, Inc., dba Wilsonville Concrete Products (herein "Plaintiff-in-Limitation"), by and through its counsel of record, here by files this Complaint for Exoneration from or Limitation of Liability. Plaintiff-in-Limitation alleges as follows:

## NATURE OF THE ACTION

1. Plaintiff-in-Limitation, owner of the towing vessel named "CINDY B", bearing Documentation Number 561814, and her engines, tackle, appurtenances, etc. (the "Vessel"), brings this action for exoneration from, or limitation of, liability, both civil and maritime, on behalf of the owners, members, managers, officers, and all others with any interest therein. This action arises from a November 12, 2023, incident on the navigable waters of the United States in or around Clatskanie, Oregon, involving an allision between the Barge "St. John" – being pushed by the

CINDY B – and the Port of Columbia County, Oregon's Port Westward facility, commonly known as the "Beaver Dock."

## JURISDICTION

2. This is an action for exoneration from, or limitation of, liability pursuant to 46 U.S.C. § 30501 *et seq*. It is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h) and 38(e) and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims ("Supplemental Rules"), and is within the admiralty and maritime jurisdiction of the Court pursuant to 28 U.S.C. § 1333.

3. At all materials times, Plaintiff-in-Limitation was the owner of the towing vessel CINDY B, with its principal place of business in Clackamas County, Oregon.

4. The Vessel is a towing vessel, built in 1974, documented under the laws of the United States, and bearing Documentation Number 561814.

5. Six months have not elapsed since the receipt by Plaintiff-in-Limitation of the first written notice of a claim arising from the Incident of November 12, 2023.

6. Investigation into the Incident giving rise to this Complaint is ongoing and no suit has been brought against Plaintiff-in-Limitation as of this filing.

7. Plaintiff-in-Limitation is informed and believes that no vessel arrest, attachment, or Complaint has been filed against the Vessel. Plaintiff-in-Limitation is aware of an alleged lien in favor of Global Partners LP/Cascade Kelly Holdings, LLC, lessor and user of the Beaver Dock, in the preliminary amount of $7,049,120.

8. Plaintiff-in-Limitation is informed and believes that no actions have been commenced against Plaintiff-in-Limitation for property damages, in contract, tort, or otherwise, arising out of the Incident, so far as Plaintiff-in-Limitation knows.

9. The Vessel remains under the control and custody of Plaintiff-in-Limitation.



LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

## VENUE

10. Under Supplemental Rule F(9), the judicial district of this Court is the appropriate venue because the CINDY B is within this district and the events and occurrences giving rise to this Complaint occurred on the Columbia River around Clatskanie, Oregon.

## FACTS

11. While investigation into the incident is still ongoing, Plaintiff-in-Limitation believes the facts to be as follows:

12. The Vessel was transiting the Columbia River on November 12, 2023, when the barge it was pushing allided with the Port of Columbia County, Oregon's Port Westward facility, commonly known as the "Beaver Dock." The allision caused damage to the dock and associated equipment, and purportedly resulted in business interruptions related to the adjacent oil terminal.

13. At the time of the Incident, the Vessel was on the navigable waters of the United States, namely the Columbia River, at or near Clatskanie, Oregon. The vessel was transiting from Westport, Oregon upriver with its voyage terminating on November 12, 2023, in Fairview, OR.

14. The above-described Incident, and any consequent damages resulting therefrom, were done, occasioned, and incurred without any fault or negligence on the part of Plaintiff-in-Limitation or anyone for whom Plaintiff-in-Limitation may be responsible.

15. Alternatively, if any such faults caused or contributed to the Incident, or to any loss or damage arising out of the Incident, which is denied, such faults were occasioned and occurred without Plaintiff-in-Limitation's privity or knowledge.

16. To the extent a claim is asserted against Plaintiff-in-Limitation on account of the Incident, any claim would be in excess of the Vessel's post-casualty market value.

17. While not in any manner admitting liability for any losses or damages which any claimant or representative might allege to have suffered as a result of the subject Incident, and hereby expressing the desire to contest liability, Plaintiff-in-Limitation desires first to be completely exonerated from any and all such claims, and, if not exonerated, in the alternative, to limit its liability, if any, for any and all said claims, to all claimants, to a maximum liability



LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

equivalent to Plaintiff-in-Limitation's interest in the Vessel, and the value thereof, immediately following the subject Incident.

18. Plaintiff-in-Limitation hereby claims the benefits of exoneration from, or limitation of, liability provided for in the Limitation of Liability Act (46 U.S.C. § 30501, *et. seq*.) as amended and supplemented by the rules governing admiralty proceedings in this Court, and also claims the benefits of each other act and/or statute of the United States to which Plaintiff-in-Limitation may be entitled, whether or not named herein.

19. The post-casualty market value of the Vessel is $1,700,000. The Vessel was not damaged as a result of the Incident. The Vessel did not carry any pending freight.

20. Plaintiff-in-Limitation submits herewith a stipulation for value with sufficient surety, in the form of a Letter of Undertaking, for payment into the Court of the value of Plaintiff-in-Limitation's interest in the Vessel, together with interest thereon at the rate of six percent (6%) per annum, plus security for costs in the amount of $500, as required as required by Rule F(1) and LR 1020-2.

21. All and singular, the premises are true and within the admiralty and maritime jurisdiction of the United States and of this Court, WHEREFORE, Plaintiff-in-Limitation prays that:

A. The Court, in accordance and conformity with Supplemental Rule F(3), enter an order restraining the prosecution of any and all suits against Plaintiff-in-Limitation and/or the CINDY B and her engines, tackles, appurtenances, etc., which may have been commenced by any person or entity to recover damages as a result of the allision Incident on or about November 12, 2023, and for which this Complaint seeks exoneration from, or limitation of, liability.

B. The Court, in accordance and conformity with Supplemental Rule F(4), enter an order directing the issuance of a notice to all persons asserting claims against Plaintiff-in-Limitation and/or the CINDY B, with respect to the allision Incident on or about November 12, 2023, and for which this Complaint seeks exoneration from,



LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

or limitation of, liability, admonishing them to file their respective claims with the Clerk of this Court, to serve a copy thereof on the attorneys for Plaintiff-in-Limitation, and to appear and answer the allegations of this Complaint, on or before a date to be fixed by the Court in the order;

C. The Court, in accordance and conformity with the law and Supplemental Rule F(4), enter an order directing the execution of the notice and publication of notice thereof in such newspaper(s) as the Court may direct, once a week for four (4) successive weeks prior to the date fixed by the Court for the filing of such claims;

D. The Court permit Plaintiff-in-Limitation to contest its liability, if any, for all damages or losses arising out of the aforementioned Incident, and for which this Complaint seeks exoneration from, or limitation of, liability, and that this Court, in this proceeding, adjudge that Plaintiff-in-Limitation and the CINDY B, be completely exonerated from liability arising out of the aforesaid Incident, and for which this Complaint seeks exoneration from, or limitation of, liability, and that no liability exists on the part of Plaintiff-in-Limitation and the Vessel for any damages or losses resulting from the Incident;

E. In the event it is found by this Court that liability exists on the part of Plaintiff-in-Limitation or the Vessel for damages or losses to any claimant, then the Court, in this proceeding, adjudge that such liability shall in no case exceed the post-casualty value of Plaintiff-in-Limitation's interest in the Vessel; and

/ / /

/ / /

/ / /



LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677 FAX: 503-226-7697

F. Plaintiff-in-Limitation receive such other and further relief as the Court may deem just and proper in accordance with the law and equity in the admiralty practice of this Court.

DATED this 24th day of April 2024.

LINDSAY HART, LLP

By: *s/ James Molyneux-Elliot*

James McCurdy, OSB No. 043564
jmccurdy@lindsayhart.com
James Molyneux-Elliot, OSB No. 205062
jmolyneux-elliot@lindsayhart.com
*Attorneys for Plaintiff-in-Limitation*